Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile:  415-772-4707
Email:  lking@kaplanfox.com
        lfong@kaplanfox.com

*Attorneys for Plaintiff Frank E. Manginell*

[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. MANGINELL, on behalf of himself and all others similarly situated,<br><br>                     Plaintiff,<br>         -against-<br><br>D. SCOTT MERCER, MATTHEW E. MASSENGILL, BALAKRISHNAN S. IYER, F. CRAIG FARRILL, JERRE L. STEAD, STEVEN J. BILODEAU, WILLIAM E. BENDUSH AND CONEXANT SYSTEMS, INC.,<br><br>                     Defendants. | Case No.: SACV-11-243-JVS<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Frank E. Manginell voluntarily dismisses without prejudice the above-entitled action against defendants D. Scott Mercer, Matthew E. Massengill, Balakrishnan S. Iyer, F. Craig Farrill, Jerre L. Stead, Steven J. Bilodeau, William E. Bendush, and Conexant Systems Inc. (collectively, "Defendants"). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: May 6, 2011

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By:  /s/ Linda M. Fong
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile:   415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Joshua M. Lifshitz
BULL & LIFSHITZ, LLP
18 East 41st Street
New York, NY 10017
Telephone: (212) 213-6222
Facsimile:   (212) 213-9405
counsel@nyclasslaw.com

*Attorneys for Plaintiff Frank E. Manginell*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2011.

          /s/ Linda M. Fong
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile:  415-772-4707
lfong@kaplanfox.com

# Mailing Information for a Case 8:11-cv-00243-JVS -RNB

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Linda M Fong**
  lfong@kaplanfox.com,kweiland@kaplanfox.com

- **Laurence D King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Joshua M Lifshitz**
  jml@nyclasslaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)